UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:07-CR-11-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| JIMMY EDWARDS, JR. | |

On motion of the Defendant, Jimmy Edwards, Jr., and for good cause shown, it is hereby ORDERED that the **[DE49]** be sealed until further notice by this Court.

SO ORDERED. This 7 day of April 2018.

JAMES C. DEVER III
Chief United States District Judge